UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DARRELL J. YOUNG,
EMERALD McNEIL,

                                    Plaintiffs,

-vs-                                                            Case No.  6:04-cv-1830-Orl-31KRS

DONALD F. ESLINGER, et al.,

                                    Defendants.
_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:      UNOPPOSED MOTION BY DEFENDANTS TO DEPOSE A PERSON CONFINED IN PRISON (Doc. No. 49)**
>
> **FILED:         February 28, 2006**
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

The Defendants may depose inmate Earl Jack Williams, Jr. on or before May 1, 2006, at the

United States Penitentiary in Yazoo, Mississippi, under such terms and conditions agreed to by the prison

officials.  Fed. R. Civ. P. 30(a)(2).

     **DONE** and **ORDERED** in Orlando, Florida on March 1, 2006.

                                                    *Karla R. Spaulding*
                                                    KARLA R. SPAULDING
                                                    UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record

Unrepresented Parties