**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DARRELL J. YOUNG,**
**EMERALD McNEIL,**

                **Plaintiffs,**

**-vs-**                                                                          **Case No. 6:04-cv-1830-Orl-31KRS**

**SEMINOLE COUNTY SHERIFF DONALD**
**F. ESLINGER, and DEPUTY SHERIFF**
**OFFICERS' CHARLES B. FAGAN,**
**WYTOSIA WILEY, JEFFREY WILBUR,**
**RAY BRONSON, & JEFF DUNCAN**

                **Defendants.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **MOTION FOR STAY OF PROCEEDINGS PENDING APPEAL (Doc. 83)**
>
> **FILED:** October 12, 2006
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

The Defendants have filed a notice of appeal (Doc. 82) of, *inter alia*, this Court's order concluding that several of the Defendants were not entitled to qualified immunity (Doc. 76). Because that qualified immunity determination is inextricably intertwined with the remainder of the case – including the claim against Defendant Eslinger in his official capacity – the Court will stay the entire case pending resolution of the appeals.

In consideration of the foregoing, it is hereby **ORDERED AND ADJUDGED** that the Motion for Stay of Proceedings Pending Appeal (Doc. 83) is **GRANTED**, and this case is **STAYED** until further notice from this Court.  The final pretrial conference scheduled for October 16, 2006 is **CANCELLED**, and this case is **REMOVED** from the November trial docket.  In addition, the Defendants are **ORDERED** to file a status report not more than 10 days after the resolution of the appeals by the United States Court of Appeals for the Eleventh Circuit.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on October 13, 2006.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party