# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DARRELL J. YOUNG,**
**EMERALD McNEIL,**

                **Plaintiffs,**

**-vs-**                                                               Case No. 6:04-cv-1830-Orl-31KRS

**SEMINOLE COUNTY SHERIFF DONALD**
**F. ESLINGER, and DEPUTY SHERIFF**
**OFFICERS' CHARLES B. FAGAN,**
**WYTOSIA WILEY, JEFFREY WILBUR,**
**RAY BRONSON, & JEFF DUNCAN**
                        **Defendants.**

## ORDER

This matter comes before the Court on the Judgment (Doc. 88) of the United States Court of Appeals for the Eleventh Circuit. Pursuant to that Judgment, the Court hereby enters summary judgment in favor of Defendants Fagan, Wilbur, Bronson, and Duncan on the Section 1983 Fourth Amendment claims.

And it is further **ORDERED** that the stay (Doc. 84) entered by this Court pending the appeal is **LIFTED**. The Court notes that, pursuant to the order imposing that stay, the remaining Defendants have until October 22, 2007 to file a status report.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on October 18, 2007.

                                                                                      GREGORY A. PRESNELL
                                                              UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party