# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DARRELL J. YOUNG,**
**EMERALD McNEIL,**

      **Plaintiffs,**

**-vs-**                        **Case No. 6:04-cv-1830-Orl-31KRS**

**SEMINOLE COUNTY SHERIFF DONALD F.**
**ESLINGER, and DEPUTY SHERIFF OFFICERS'**
**CHARLES B. FAGAN, WYTOSIA WILEY, JEFFREY**
**WILBUR, RAY BRONSON, & JEFF DUNCAN**
       **Defendants.**

_____

## ORDER

  This cause comes before the Court on Plaintiffs' Objection to Taxation of Costs (Doc. No. 94) filed November 2, 2007.

  On March 4, 2008, the United States Magistrate Judge issued a report (Doc. No. 98) recommending the Court sustain the objection in part. No objections have been filed. Therefore, it is **ORDERED** as follows:

  1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

  2. The Plaintiffs' Objection to Taxation of Costs is sustained in part and overruled in part as specified in the Report and Recommendation.

  3. The Bill of Costs taxed by the Clerk at Doc. No. 93 is hereby **VACATED** and the Clerk is directed to enter a cost judgment on behalf of Defendants against the Plaintiffs in the total sum of $7,806.92 and thereafter close the file.

  **DONE** and **ORDERED** in Chambers, Orlando, Florida on 25th day of March, 2008.

                            GREGORY A. PRESNELL
                            UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party